

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD MICHAEL TERRY,<br><br>Defendant. | Case No. CR-17-119-ODW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 28, 2019, Defendant Gerald Michael Terry ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by Deputy Federal Public Defender Jelani Lindsey.

///

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- History of failures to appear;
- Prior violations of parole and supervised release;
- No bail resources;
- Multiple identifiers on file;
- Status of unemployment.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Admitted history of substance abuse;
- Apparent mental health history;
- Extensive criminal history, including drug- and property-related crimes;
- Nature of charged offense;
- New criminal conduct while on supervised release.
- Self-reported gang affiliation.

///
///

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 29, 2019

                                         /s/
                            MARIA A. AUDERO
                            UNITED STATES MAGISTRATE JUDGE