FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 17-00119-ODW |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| v. | ) | |
| GERALD MICHAEL TERRY, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, violation history.*

and

1  B.   ( X ) The defendant has not met his burden of establishing by clear and convincing
2       evidence that he is not likely to pose a danger to the safety of any other person or the
3       community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
4       *Instant allegations, criminal history, violation history.*
5           IT THEREFORE IS ORDERED that the defendant be detained pending further
6  proceedings.

8  Dated:  7/13/2020

                                        _____
                                        DOUGLAS F. McCORMICK
                                        United States Magistrate Judge